# CASE ANNOUNCEMENTS

*May 21, 2010*

[Cite as *05/21/2010 Case Announcements*, 2010-Ohio-2236.]

## MOTION AND PROCEDURAL RULINGS

2010–0576. State v. Mammone.
Stark C.P. No. 2009CR0859. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Stark County. Upon consideration of appellant's motion for stay of execution scheduled for June 8, 2010,

It is ordered by the court that the motion is granted pending final disposition of this appeal.

# CASE ANNOUNCEMENTS

*May 24, 2010*

[Cite as *05/24/2010 Case Announcements*, 2010-Ohio-2261.]

## MOTION AND PROCEDURAL RULINGS

In re Karnofel.
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On May 17, 2010, Karnofel submitted a motion for leave to proceed and a motion for reconsideration. Upon review of the proffered documents the court finds them without merit. Accordingly,

It is ordered by the court that Delores M. Karnofel's motion for leave to proceed and motion for reconsideration are denied.

1998–0020. State v. Nields.
Hamilton C.P. No. B9703305. By entry filed November 4, 2009, this court ordered that appellant's sentence be carried into execution on Thursday, June 10, 2010. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. 14.1.

It is further ordered that service of documents as required by S.Ct.Prac.R. 14.2 shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in or issued by any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.